IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JESS COURSON**,

    Defendant.

Case No. 7:14-CR-12 (HL)

### ORDER

This case is before the Court on the parties' Joint Motion for Continuance. (Doc. 8). Upon a showing of good cause, and it appearing that the continuance is in the interest of justice, the Court grants the motion and continues sentencing in this matter until August 18, 2014.

**SO ORDERED** this 30th day of May, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

aks